AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Laramore, L.L.C. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  11-CV-623 F(2) |
| Just Dogs Barkery, Inc. et al ) | |
| *Defendant* ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___Jun 9, 2011___ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.


Date:     11/9/11

CLERK OF COURT

_Cherii Charles_

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LARAMORE, L.L.C., | * | |
| | * | CIVIL ACTION |
| Plaintiff, | * | NO. 11-cv-0623-MLCF-JCW |
| | * | |
| VERSUS | * | SECTION "F" |
| | * | JUDGE MARTIN L.C. FELDMAN |
| JUST DOGS! BARKERY, INC. D/B/A | * | |
| JUST DOGS! GOURMET and | * | MAG. DIV. 2 |
| MARK E. KENNISON, | * | MAG. JUDGE JOSEPH C. |
| | * | WILKINSON, JR. |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT

Considering the foregoing Motion for Default Judgment filed by plaintiff Laramore, L.L.C. against defendants Just Dogs! Barkery, Inc. (d/b/a Just Dogs! Gourmet) and Mark E. Kennison and for good cause shown;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that, in accordance with Federal Rule of Civil Procedure 55(b), a Judgment be and is hereby entered in favor of plaintiff Laramore, L.L.C. and against Defendants Just Dogs! Barkery, Inc. (d/b/a Just Dogs! Gourmet) and Mark E. Kennison, as described herein.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Just Dogs! Barkery, Inc. Franchise Agreement entered into by plaintiff Laramore, L.L.C. on or about September 28, 2009 be and is hereby declared null and void;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that damages in the amount of $128,742.42 be and are hereby awarded against defendants, Just Dogs! Barkery, Inc. (d/b/a Just Dogs! Gourmet) and Mark E. Kennison each bound solidarily to plaintiff Laramore, L.L.C., with judicial interest taxed against defendants from the date of this Judgment until paid;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, in accordance with Section 1409 of the Louisiana Unfair Trade Practices Act, La. R.S. 50:1409(A), plaintiff Laramore, L.L.C. be and is hereby awarded reasonable attorneys' fees incurred in the prosecution of the captioned matter, such amount to be determined at a later date by separate motion filed herein; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, in accordance with Federal Rule of Civil Procedure 54(d)(1), plaintiff Laramore, L.L.C. be and is hereby awarded all costs of this proceeding, such amount to be determined at a later date by separate motion filed herein.

New Orleans, Louisiana, this __9th__ day of June, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

2

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.
This page will not be added after purchasing Win2PDF.