IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARAMORE, LLC, | ) |
| *Plaintiff* | ) ) ) ) |
| v. | ) Case No. 2:11-mc-00337 |
| Just Dogs Barkery, Inc. & Mark E. Kennison | ) ) ) ) |
| *Defendants* | ) ) |

ORDER OF COURT

AND NOW, this 27th day of March, 2012, it is hereby ORDERED as follows:

1. Defendant Mark E. Kennison shall appear for Deposition individually and in his capacity as an officer of Defendant Just Dogs Barkery, Inc., and shall produce those documents identified in the Notices of Deposition Duces Tecum attached to Plaintiff's Motion to Compel on March 30, 2012, at 10:00 am at 400 Broad Street, Sewickley, PA 15143 or suffer further sanctions as this Court deems appropriate.

2. Defendants shall, by no later than March 30, 2012 pay as sanctions for their failure to appear for their Deposition on Thursday, January 12, 2012, $1,100.00 representing attorney's fees of $1,000.00, and costs of $100.00.